**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| 1) STEVENS TRUCKING CO.,<br>2) WESTERN FLYER EXPRESS, LLC,<br>3) D & M CARRIERS, LLC, d/b/a FREYMILLER TRUCKING,<br>4) IWX MOTOR FREIGHT, LLC,<br>5) CHRISTENSON TRANSPORTATION, INC., and<br>6) E.O.S. INC.<br><br>*Plaintiffs,*<br><br>v.<br><br>1) C.H. ROBINSON COMPANY, INC., d/b/a C.H. ROBINSON WORLDWIDE,<br>2) C.H. ROBINSON INTERNATIONAL, INC.,<br>3) C.H. ROBINSON COMPANY, LLC, d/b/a C.H. ROBINSON WORLDWIDE,<br>4) C.H. ROBINSON WORLDWIDE, INC., and<br>5) TOTAL QUALITY LOGISTICS, LLC,<br><br>*Defendants.* | CIVIL ACTION NO. 2:26-cv-869<br><br>JURY TRIAL DEMANDED |

**<u>JURY DEMAND</u>**

In accordance with Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs, Stevens Trucking Co., Western Flyer Express, LLC , D & M Carriers, LLC ("Freymiller"), IWX Motor Freight, LLC, Christenson Transportation, Inc., and E.O.S. Inc. hereby respectfully demand a jury trial on all issues so triable.

Dated: September 23, 2026

Respectfully submitted,

**WREN | COOK**

*/s/ J. Travis Underwood*
James Wren
*Lead Attorney for Plaintiffs*
Texas State Bar No: 22018200
Jim@wrencookattorneys.com
Louie J. Cook
Texas State Bar No: 24101191
Laura@wrencookattorneys.com
louie@wrencookattorneys.com
14205 N Mo Pac Expy Ste. 570
Austin, Texas 78728
Telephone: 737-292-4926

**NIX PATTERSON, LLP**

Brad Beckworth | State Bar No. 24001710
Trey Duck | State Bar No. 24077234
Drew Pate | State Bar No. 24079111
Jessica Underwood | State Bar No. 24093291
Ryan Hering | State Bar No. 24143005
8701 Bee Cave Road
Seven Oaks East, Suite 500
Austin, Texas 78746
Telephone: (512) 328-5333
bbeckworth@nixlaw.com
tduck@nixlaw.com
dpate@nixlaw.com
junderwood@nixlaw.com
rhering@nixlaw.com

**GILLAM & SMITH, LLP**

J. Travis Underwood
Texas State Bar No: 24102587
Gillam & Smith, LLP
travis@gillamsmithlaw.com
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

***ATTORNEYS FOR PLAINTIFFS***