AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

STEVENS TRUCKING CO. et al

*Plaintiff(s)*

v.

C.H. ROBINSON COMPANY, INC., d/b/a C.H. ROBINSON WORLDWIDE et al

*Defendant(s)*

Civil Action No. 2:26-cv-869

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* C.H. Robinson International, Inc.
Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company,
211 E. 7th Street, Suite 620, Austin, Texas 78701-3218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James Wren
WREN | COOK
14205 N Mo Pac Expy Ste. 570
Austin, Texas 78728
Telephone: 737-292-4926

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT • EASTERN DISTRICT OF TEXAS

*CLERK OF COURT*

Date: **9/24/2026**

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:26-cv-869

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

Affidavit Attached

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

Affidavit Attached

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 2:26-CV-869

Plaintiffs:
**STEVENS TRUCKING CO., et al.**

vs.

Defendants:
**C.H. ROBINSON COMPANY, INC., d/b/a C.H. ROBINSON WORLDWIDE, et al.**

Received these papers on the 24th day of September, 2026 at 10:00 am to be served on **C.H. ROBINSON INTERNATIONAL, INC. by delivering to its Registered Agent, CORPORATION SERVICE COMPANY DBA CSC-LAWYERS INCORPORATING SERVICE COMPANY, 211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, Barbara Stinnett, being duly sworn, depose and say that on the **24th day of September, 2026 at 10:56 am, I:**

hand-delivered a true copy of this **Summons in a Civil Action and Plaintiff's Complaint,** to **C.H. ROBINSON INTERNATIONAL, INC. by delivering to its Registered Agent, CORPORATION SERVICE COMPANY DBA CSC-LAWYERS INCORPORATING SERVICE COMPANY** by and through its authorized agent, **MAK HAYES,** at the address of: **211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701,** having first endorsed upon such copy of such process the date of delivery.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

**Barbara Stinnett**
PSC #24711, Exp. 6/30/2028

Our Job Serial Number: THP-2026006255
Ref: Stevens Trucking

Subscribed and Sworn to before me on the 25th day of September, 2026 by the affiant who is personally known to me.

NOTARY PUBLIC

NOTARY PUBLIC STATE OF TEXAS
SCOTT L THOMAS
Notary ID #10407286
My Commission Expires
January 9, 2028

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0g