AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

STEVENS TRUCKING CO. et al

*Plaintiff(s)*

v.

C.H. ROBINSON COMPANY, INC., d/b/a C.H. ROBINSON WORLDWIDE et al

*Defendant(s)*

Civil Action No. 2:26-cv-869

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Total Quality Logistics, LLC
Corporate Creations Network Inc.,
2595 N. Dallas Pkwy., Suite 350, Frisco, Texas 75034

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James Wren
WREN | COOK
14205 N Mo Pac Expy Ste. 570
Austin, Texas 78728
Telephone: 737-292-4926

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/24/2026

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-00869

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* TOTAL QUALITY LOGISTICS, LLC BY SERVING ITS REGISTERED AGENT CORPORATE CREATIONS NETWORK INC. was received by me on *(date)* September 24, 2026.

☐ I personally served the summons on the individual at *(place)* __________ on *(date)* __________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* __________, a person of suitable age and discretion who resides there, on *(date)* __________, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Antonio M. , who is designated by law to accept service of process on behalf of *(name of organization)* TOTAL QUALITY LOGISTICS, LLC BY SERVING ITS REGISTERED AGENT CORPORATE CREATIONS NETWORK INC. on *(date)* Mon, Sep 28 2026 ; or

☐ I returned the summons unexecuted because: __________; or

☐ Other: __________; or

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________.

I declare under penalty of perjury that this information is true.

Date: 10/05/2026

____________________
*Server's signature*

Amanda Douglas , Process Server
*Printed name and title*

4500 EAST 14TH STREET Trl #116, PLANO, TX 75074
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Sep 28, 2026, 10:25 am CDT at 2595 N. Dallas Pkwy. Suite 350, Frisco, TX 75034 received by TOTAL QUALITY LOGISTICS, LLC BY SERVING ITS REGISTERED AGENT CORPORATE CREATIONS NETWORK INC.. Ethnicity: Caucasian; Gender: Male; Other: Antonio M accepted legal assistant;