EDTX UAET (04-2024)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Stevens Trucking Co., et al
Plaintiff

v. Civ. No. 2:26-cv-00869-JRG

C.H. Robinson Co., Inc., et al
Defendant

UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension: C.H. ROBINSON COMPANY, INC., C.H. ROBINSON INTERNATIONAL, INC., C.H. ROBINSON COMPANY, LLC, and C.H. ROBINSON WORLDWIDE, INC.

Date Party's answer was previously due: 10/15/2026

Date Party's answer is now due (must not exceed 45 days after original due date): 11/30/2026

Date: 10/07/2026

/s/ *Michael E. Jones*

Full Name: Michael E. Jones
State Bar No.: 10929400
Address: Potter Minton PC
102 N. College, Suite 900
Tyler, Texas 75701

Phone: 903-597-8311
Fax: 903-593-0846
Email: mikejones@potterminton.com

**Please note:**

- A Certificate of Conference is not required.
- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).
- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).
- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)