**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| 1) STEVENS TRUCKING CO.,<br>2) WESTERN FLYER EXPRESS, LLC,<br>3) D & M CARRIERS, LLC, d/b/a FREYMILLER TRUCKING,<br>4) IWX MOTOR FREIGHT, LLC,<br>5) CHRISTENSON TRANSPORTATION, INC., and<br>6) E.O.S. INC.<br><br>*Plaintiffs,* | § | |
| v. | § | CIVIL ACTION NO.: 2:26-cv-00869-JRG<br><br>JURY TRIAL DEMANDED |
| 1) C.H. ROBINSON COMPANY, INC., d/b/a C.H. ROBINSON WORLDWIDE,<br>2) C.H. ROBINSON INTERNATIONAL, INC.,<br>3) C.H. ROBINSON COMPANY, LLC, d/b/a C.H. ROBINSON WORLDWIDE,<br>4) C.H. ROBINSON WORLDWIDE, INC., and<br>5) TOTAL QUALITY LOGISTICS, LLC,<br><br>*Defendants.* | § | |

**NOTICE OF APPEARANCE OF COUNSEL**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Notice is hereby given that Bradley E. Beckworth of the firm NIX PATTERSON, LLP enters his appearance on behalf of Plaintiffs, Stevens Trucking Co., Western Flyer Express LLC, D & M Carriers, LLC d/b/a Freymiller Trucking, IWX Motor Freight, LLC Christenson Transportation, Inc., and E.O.S., Inc, in this matter as additional counsel.

Bradley E. Beckworth may receive all communications from the Court and from other parties at the following:

NIX PATTERSON, LLP
8701 Bee Cave Road
Seven Oaks East, Suite 500
Austin, Texas 78746
Telephone: (512) 328-5333
Telecopier: (512) 328-5335
bbeckworth@nixlaw.com

I hereby certify that I am admitted to practice in this Court and am registered to file documents electronically in this Court's Electronic Case Filing System.

Respectfully submitted,

By: *\/s/ Brad Beckworth*

Bradley E. Beckworth
State Bar of Texas No. 24001710
NIX PATTERSON, LLP
8701 Bee Cave Road
Seven Oaks East, Suite 500
Austin, Texas 78746
Telephone: (512) 328-5333
Telecopier: (512) 328-5335
bbeckworth@nixlaw.com

***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2026, a true and correct copy of the above and foregoing document was transmitted to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all counsel of record.

*/s/ Brad Beckworth*
Brad Beckworth