**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| 1) STEVENS TRUCKING CO.,<br>2) WESTERN FLYER EXPRESS, LLC,<br>3) D & M CARRIERS, LLC, d/b/a FREYMILLER TRUCKING,<br>4) IWX MOTOR FREIGHT, LLC,<br>5) CHRISTENSON TRANSPORTATION, INC., and<br>6) E.O.S. INC.<br><br>*Plaintiffs,*<br><br>v.<br><br>1) C.H. ROBINSON COMPANY, INC., d/b/a C.H. ROBINSON WORLDWIDE,<br>2) C.H. ROBINSON INTERNATIONAL, INC.,<br>3) C.H. ROBINSON COMPANY, LLC, d/b/a C.H. ROBINSON WORLDWIDE,<br>4) C.H. ROBINSON WORLDWIDE, INC., and<br>5) TOTAL QUALITY LOGISTICS, LLC,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.: 2:26-cv-00869-JRG<br><br>JURY TRIAL DEMANDED |

**<u>NOTICE OF APPEARANCE OF COUNSEL</u>**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Notice is hereby given that Ryan Hering of the firm NIX PATTERSON, LLP enters his appearance on behalf of Plaintiffs, Stevens Trucking Co., Western Flyer Express LLC, D & M Carriers, LLC d/b/a Freymiller Trucking, IWX Motor Freight, LLC Christenson Transportation, Inc., and E.O.S., Inc., in this matter as additional counsel.

Ryan Hering may receive all communications from the Court and from other parties at the following:

NIX PATTERSON, LLP
8701 Bee Cave Road
Seven Oaks East, Suite 500
Austin, Texas 78746
Telephone: (512) 328-5333
Telecopier: (512) 328-5335
rhering@nixlaw.com

I hereby certify that I am admitted to practice in this Court and am registered to file documents electronically in this Court's Electronic Case Filing System.

Respectfully submitted,

By: */s/ Ryan Hering*

Ryan Hering
State Bar of Texas No. 24143005
NIX PATTERSON, LLP
8701 Bee Cave Road
Seven Oaks East, Suite 500
Austin, Texas 78746
Telephone: (512) 328-5333
Telecopier: (512) 328-5335
rhering@nixlaw.com

***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2026, a true and correct copy of the above and foregoing document was transmitted to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all counsel of record.

*/s/ Ryan Hering*
Ryan Hering