**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **STEVENS TRUCKING CO.,**<br>**WESTERN FLYER EXPRESS, LLC**<br>**D & M CARRIERS, LLC, d/b/a**<br>**FREYMILLER TRUCKING,**<br>**IWX MOTOR FREIGHT, LLC,**<br>**CHRISTENSON TRANSPORTATION, INC,**<br>**and E.O.S., INC.**<br>**Plaintiffs,** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| **v.** | §<br>§ | **CIVIL ACTION NO:**<br>**2:26-cv-00869-JRG** |
| **C.H. ROBINSON COMPANY, d/b/a**<br>**C.H. ROBINSON WORLDWIDE**<br>**C.H. ROBINSON INTERNATIONAL, INC.**<br>**C.H. ROBINSON COMPANY, LLC,**<br>**d/b/a C.H. ROBINSON WORLDWIDE,**<br>**C.H. ROBINSON WORLDWIDE, INC.,**<br>**and**<br>**TOTAL QUALITY LOGISTICS, LLC,**<br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

**ORDER ON TOTAL QUALITY LOGISTICS LLC MOTION TO DISMISS FOR FORUM NON CONVENIENS AND TO SEVER PLAINTIFFS' CLAIMS UNDER MANDATORY FORUM SELECTION AGREEMENTS**

On this the ___ day of ______________, 2026, came on to be heard Defendant Total Quality Logistics, LLC's motion to dismiss for forum non conveniens and to sever the claims in this case against TQL.

After review of the motion, attachments, and any response and reply, the Court is of the opinion that the Motion is well taken and is hereby GRANTED in its entirety. The claims against TQL by all Plaintiffs are dismissed without prejudice as to refiling in the proper forum. Those claims are severed from the remaining claims in this case, and as such, this Order of Dismissal is a final appealable order.

SIGNED THIS ___ DAY OF ______________, 2026.

______________________________
JUDGE PRESIDING