**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **STEVENS TRUCKING CO.,** | § | |
| **WESTERN FLYER EXPRESS, LLC** | § | |
| **D & M CARRIERS, LLC, d/b/a** | § | |
| **FREYMILLER TRUCKING,** | § | |
| **IWX MOTOR FREIGHT, LLC,** | § | |
| **CHRISTENSON TRANSPORTATION, INC,** | § | |
| **and E.O.S., INC.** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.: 2:26-cv-869** |
| | § | |
| **C.H. ROBINSON COMPANY, d/b/a** | § | |
| **C.H. ROBINSON WORLDWIDE** | § | |
| **C.H. ROBINSON INTERNATONAL, INC.** | § | |
| **C.H. ROBINSON COMPANY, LLC,** | § | |
| **d/b/a C.H. ROBINSON WORLDWIDE,** | § | |
| **C.H. ROBINSON WORLDWIDE, INC.,** | § | |
| **and TOTAL QUALITY LOGISTICS, LLC,** | § | |
| **Defendants.** | § | |

**CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION:

Now comes Total Quality Logistics, LLC ("TQL") and files this certificate stating that it is unaware of any other parties, aside from the parties and their counsel in this litigation as identified below, that are financially interested in the outcome of this litigation.

1. Plaintiff IWX Motor Freight, LLC;
2. Plaintiff STEVENS TRUCKING CO.;
3. Plaintiff WESTERN FLYER EXPERESS, LLC;
4. Plaintiff D & M CARRIERS, LLC D/B/A FREYMILLER TRUCKING;
5. Plaintiff CHRISTENSON TRANSPORTATION, INC.; and
6. Plaintiff E.O.S. INC. and their attorney of record:

**James Wren – Lead Attorney**
State Bar No. 22018200
Email: jim@wrencookattorneys.com
**Louie J. Cook**
State Bar No. 24101191
Email Loui@wrencookattorneys.com

**WREN COOK**
14205 N Mo Pac Expy, Ste. 570
Austin, Texas 78728
Tel: 737-292-4926

*And*

**Brad Beckworth**
State Bar No. 24001710
bbeckworth@nixlaw.com
**Trey Duck**
State Bar No. 24077234
tduck@nixlaw.com
**Drew Pate**
State Bar No. 24079111
dpate@nixlaw.com
**Jessica Underwood**
State Bar No. 24093291
junderwood@nixlaw.com
**Ryan Hering**
State Bar No. 24143005
**NIX PATTERSON, LLP**
8701 Bee Cave Road
Seven Oaks East, Suite 500
Austin, Texas 78746
Tel: 512-328-5333

*And*

**James Travis Underwood**
**Gillam & Smith, LLP**
7232 Crosswater Avenue
Tyler, Texas 75703
Email: travis@gillamsmithlaw.com
**Counsel for Plaintiffs**

7. Defendant TOTAL QUALITY LOGISTICS, LLC does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Its counsel is:

**David L. Ortega**
State Bar No. 00791377
Email: dortega@namanhowell.com
**James M. "Jamie" Parker, Jr.**
State Bar No. 15488710
Email : jparker@namanhowell.com
**NAMAN HOWELL SMITH & LEE, PLLC**

10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 503-6737
Facsimile: (210) 971-6959

*And*

**David B. Dowell**
State Bar No.: 0677950
Email: bdowell@namanhowell.com
**Adriana C. Chernow**
State Bar No.: 24132237
**NAMAN, HOWELL, SMITH & LEE, PLLC**
1300 Summit Ave., Suite 700
Fort Worth, Texas 76102
Telephone: (817) 509-2062
Facsimile: (817) 509-2060
**Attorney for Defendant Total Quality Logistics, LLC**

8. Defendant C.H. ROBINSON COMPANY, INC. D/B/A C.H. ROBINSON WORLDWIDE;
9. Defendant C.H. ROBINSON INTERNATIONAL, INC.;
10. Defendant C.H. ROBINSON COMPANY, LLC D/B/A C.H. ROBINSON WORLDWIDE; and
11. Defendant C.H. ROBINSON WORLDWIDE, INC and its registered agent:

**Corporation Services Company d/b/a CSC-Lawyers Incorporating Service Company**
211 E. 7th Street, Suite 620
Austin, Texas 78701-3218

Respectfully,

*/s/ David L. Ortega*________
DAVID L. ORTEGA
State Bar No. 00791377
JAMES M. PARKER, JR.
State Bar No. 15488710
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 503-6737
Facsimile: (210) 971-6959
dortega@namanhowell.com
jparker@namanhowell.com

-and-

DAVID B. DOWELL
State Bar No.: 0677950
Telephone: (817) 509-2062
Facsimile: (817) 509-2060
NAMAN, HOWELL, SMITH & LEE, PLLC
1300 Summit Ave., Suite 700
Fort Worth, Texas 76102
bdowell@namanhowell.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served upon all parties of record via e-filing on this the 19th day of October 2026.

*/s/ David L. Ortega*
David Ortega