**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| 1) STEVENS TRUCKING CO.,<br>2) WESTERN FLYER EXPRESS, LLC,<br>3) D & M CARRIERS, LLC, d/b/a FREYMILLER TRUCKING,<br>4) IWX MOTOR FREIGHT, LLC,<br>5) CHRISTENSON TRANSPORTATION, INC., and<br>6) E.O.S. INC.<br><br>*Plaintiffs,* | § | |
| v. | § | CIVIL ACTION NO.: 2:26-cv-00869-JRG<br><br>JURY TRIAL DEMANDED |
| 1) C.H. ROBINSON COMPANY, INC., d/b/a C.H. ROBINSON WORLDWIDE,<br>2) C.H. ROBINSON INTERNATIONAL, INC.,<br>3) C.H. ROBINSON COMPANY, LLC, d/b/a C.H. ROBINSON WORLDWIDE,<br>4) C.H. ROBINSON WORLDWIDE, INC., and<br>5) TOTAL QUALITY LOGISTICS, LLC,<br><br>*Defendants.* | § | |

**NOTICE OF APPEARANCE OF COUNSEL**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Notice is hereby given that Alexa "Lexie" Alexander of the firm NIX PATTERSON, LLP enters her appearance on behalf of Plaintiffs, Stevens Trucking Co., Western Flyer Express LLC, D & M Carriers, LLC d/b/a Freymiller Trucking, IWX Motor Freight, LLC Christenson Transportation, Inc., and E.O.S., Inc., in this matter as additional counsel.

Lexie Alexander may receive all communications from the Court and from other parties at the following:

NIX PATTERSON, LLP
8701 Bee Cave Road
Seven Oaks East, Suite 500
Austin, Texas 78746
Telephone: (512) 328-5333
Telecopier: (512) 328-5335
lalexander@nixlaw.com

I hereby certify that I am admitted to practice in this Court and am registered to file documents electronically in this Court's Electronic Case Filing System.

Respectfully submitted,

By: */s/ Lexie Alexander*

Lexie Alexander
State Bar of Texas No. 24142708
NIX PATTERSON, LLP
8701 Bee Cave Road
Seven Oaks East, Suite 500
Austin, Texas 78746
Telephone: (512) 328-5333
Telecopier: (512) 328-5335
lalexander@nixlaw.com

***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2026, a true and correct copy of the above and foregoing document was transmitted to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all counsel of record.

*/s/ Lexie Alexander*
Lexie Alexander