**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **STEVENS TRUCKING CO.,<br>WESTERN FLYER EXPRESS, LLC<br>D & M CARRIERS, LLC, d/b/a<br>FREYMILLER TRUCKING,<br>IWX MOTOR FREIGHT, LLC,<br>CHRISTENSON TRANSPORTATION, INC,<br>and E.O.S., INC.<br>Plaintiffs,<br><br>v.<br><br>C.H. ROBINSON COMPANY, d/b/a<br>C.H. ROBINSON WORLDWIDE<br>C.H. ROBINSON INTERNATIONAL, INC.<br>C.H. ROBINSON COMPANY, LLC,<br>d/b/a C.H. ROBINSON WORLDWIDE,<br>C.H. ROBINSON WORLDWIDE, INC.,<br>and TOTAL QUALITY LOGISTICS, LLC,<br>Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO:<br>2:26-cv-00869-JRG** |

**ORDER ON TOTAL QUALITY LOGISTICS LLC MOTION TO DISMISS CLAIMS OF FIVE CONTRACTING PLAINTIFF'S UNDER RULE 12(B)(6)**

On this the ___ day of _______________, 2026, came on to be heard Defendant Total Quality Logistics, LLC's motion to dismiss the Claims of Five Contracting Plaintiffs under Rule 12(b)(6) and dismiss Counts I through V asserted by Stevens Trucking Co, Western Flyer Express, LLC , D&M Carriers, LLC, d/b/a Freymiller Trucking, Christenson Transportation, Inc. and E.O.S. Inc. in this case against TQL.

After review of the motion, attachments, and any response and reply, the Court is of the opinion that the Motion is well taken and is hereby GRANTED in its entirety. The counts I through V against TQL by Stevens Trucking Co, Western Flyer Express, LLC , D&M Carriers, LLC, db/a Freymiller Trucking, Christenson Transportation, Inc. and E.O.S. Inc are dismissed.

SIGNED THIS ___ DAY OF _______________, 2026.

________________________________________
JUDGE PRESIDING