**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **STEVENS TRUCKING CO.,<br>WESTERN FLYER EXPRESS, LLC<br>D & M CARRIERS, LLC, d/b/a<br>FREYMILLER TRUCKING,<br>IWX MOTOR FREIGHT, LLC,<br>CHRISTENSON TRANSPORTATION, INC,<br>and E.O.S., INC.<br>Plaintiffs,** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| **v.** | §<br>§<br>§ | **CIVIL ACTION NO:<br>2:26-cv-00869-JRG** |
| **C.H. ROBINSON COMPANY, d/b/a<br>C.H. ROBINSON WORLDWIDE<br>C.H. ROBINSON INTERNATIONAL, INC.<br>C.H. ROBINSON COMPANY, LLC,<br>d/b/a C.H. ROBINSON WORLDWIDE,<br>C.H. ROBINSON WORLDWIDE, INC.,<br>and<br>TOTAL QUALITY LOGISTICS, LLC,<br>Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

**ORDER ON TOTAL QUALITY LOGISTICS LLC MOTION TO DISMISS CLAIMS OF IWX MOTOR FREIGHT, LLC UNDER RULE 12(B)(6)**

On this the ___ day of _______________, 2026, came on to be heard Defendant Total Quality Logistics, LLC's motion to dismiss the Claims of Plaintiff, IWX Motor Freight LLC, under Rule 12(b)(6) and dismiss Counts I through V asserted by IWX in this case against TQL.

After review of the motion, attachments, and any response and reply, the Court is of the opinion that the Motion is well taken and is hereby GRANTED in its entirety. The counts I through V against TQL by Plaintiff, IWX are dismissed. Those claims are severed from the remaining claims in this case, and as such, this Order of Dismissal is a final appealable order.

SIGNED THIS ___ DAY OF _______________, 2026.

_________________________________
JUDGE PRESIDING